**Armida SOVARZO–PACHECO,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 08–70278.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 2, 2010.

Deniz S. Arik, Esquire, The Law Office of Deniz S. Arik, John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Julia Tyler, Esquire, Jennifer Parker Levings, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Armida Sovarzo–Pacheco, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her requests to continue or administratively close removal

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance. *Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir.2008) (per curiam). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion by denying Sovarzo–Pacheco's request for a continuance for failure to establish good cause. *See* 8 C.F.R. § 1003.29; *see also Sandoval–Luna*, 526 F.3d at 1247 (denial of continuance was within IJ's discretion where relief was not immediately available); *Gonzalez v. INS*, 82 F.3d 903, 908 (1996) (denial of continuance "will not be overturned except on a showing of clear abuse").

We lack jurisdiction to review the agency's decision not to administratively close proceedings. *See Diaz–Covarrubias v. Mukasey*, 551 F.3d 1114, 1120 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

